UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Cassandra Hawkins</u>

    v.                              Civil No. 99-cv-143-JD

<u>Department of Health and Human</u>
<u>Services of the State of NH</u>


PROCEDURAL ORDER


    Attorney Russell Hilliard has consented to act as mediator in this matter and is hereby appointed.

    SO ORDERED.

                                         /s/ Joseph A. DiClerico, Jr.
                                         Joseph A. DiClerico, Jr.
                                         United States District Judge

October 4, 2006

cc:  Kay E. Drought, Esquire
     Andrew B. Livernois, Esquire
     Karen A. Schlitzer, Esquire
     Mary E. Schwarzer, Esquire
     Michael A. Delaney, Esquire